# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

QIU GUO DONG,

     Petitioner,

v.

                                   Case No. 1:26-cv-01818-MIS-LF

MARKWAYNE MULLIN, Secretary of the
U.S. Department of Homeland Security;
TODD BLANCHE, Acting U.S. Attorney
General; WARDEN, Torrance County
Detention Center; DAVID VENTURELLA,
Acting Director of Immigration and Customs
Enforcement; and MARY DE ANDA-
YBARRA, Field Office Director of
Enforcement and Removal Operations, El
Paso Field Office, Immigration and Customs
Enforcement,

     Respondents.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order

Denying Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment

is hereby entered in favor of against Petitioner Qiu Guo Dong and against Respondents

Markwayne Mullin, Todd Blanche, Warden, Torrance County Detention Center, David Venturella,

and Mary De Anda-Ybarra.

                                         *Margaret Strickland*
                                  _____
                                  **MARGARET STRICKLAND**
                                  UNITED STATES DISTRICT JUDGE